FILED
2022 Nov-18 PM 04:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

**U.S. District Court**
**Northern District of Alabama**
**Northeastern Division**



| | |
|---|---|
| **Redline Steel LLC** } | |
|     Plaintiff } | Case no. 5:19-cv-01445-MHH |
| } | |
| v. } | |
| } | |
| **Nukon Lazer Makine Metal Sanayi ve Tic** } | |
| **AS et al** } | |
|     Defendants } | |

# VERDICT FORM

## Redline's Claims

1. As to Redline's Claim for Breach of Contract against NukonUS:

    __✓__ we find in favor of Redline and against NukonUS.

    _____ we find in favor of NukonUS and against Redline.

2. As to Redline's Claim for Fraud against NukonUS:

    __✓__ we find in favor of Redline and against NukonUS.

    _____ we find in favor of NukonUS and against Redline.

3. As to Redline's Claim for Breach of Express Warranties against NukonUS:

    _____ we find in favor of Redline and against NukonUS.

    __✓__ we find in favor of NukonUS and against Redline.

1

4.  As to Redline's Claim for Breach of Express Warranties against Nukon Turkey:

_____ we find in favor of Redline and against Nukon Turkey.

__✓__ we find in favor of Nukon Turkey and against Redline.

5.  As to Redline's Claim for Breach of Statutory Warranties against NukonUS:

_____ we find in favor of Redline and against NukonUS.

__✓__ we find in favor of NukonUS and against Redline.

6.  If you find in favor of Redline as to any of its claim against NukonUS, then what amount of compensatory damages do you award to Redline and against NukonUS?

$ __1.4 million__

7.  If you find that Redline has proven by clear and convincing evidence that NukonUS consciously or deliberately engaged in oppression, fraud, wantonness, or malice with regard to Redline, then what amount of punitive damages do you award to Redline against NukonUS?

$ __1 million__

8.  If you find in favor of Redline as to its claim against Nukon Turkey, then what amount of compensatory damages do you award to Redline and against Nukon Turkey?

$ __0__

## NukonUS's Counterclaim

1.  As to NukonUS's Counterclaim for Breach of Contract:

_____ we find in favor of NukonUS and against Redline.

\_\_✓\_\_ we find in favor of Redline and against NukonUS.


2.   If you find in favor of NukonUS and against Redline, then what amount of compensatory damages do you award against Redline?
$\_\_\_\_0_____